UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USA ,
                              Plaintiff(s),

v.

Woods ,
                              Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/21

**CALENDAR NOTICE**

21 CR 372 (VB)

~~PLEASE~~ TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ (re-scheduled for):

✓ Status conference              ___ Final pretrial conference

___ Telephone conference         ___ Jury selection and trial

___ Pre-motion conference        ___ Bench trial

___ Settlement conference        ___ Suppression hearing

___ Oral argument                ___ Plea hearing

___ Bench ruling on motion       ___ Sentencing

on  10-1-, 20 21, at 10:00 AM, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 9-13-21

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 8-26-, 20 21
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge