UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
US,
                           Plaintiff(s),

v.

Woods et al,
                           Defendant(s).
------------------------------------------------------------x

12/3/21

**CALENDAR NOTICE**

21 cr 372 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been scheduled/
**re-scheduled for:**

✓ Status conference       ___ Final pretrial conference

___ Telephone conference     ___ Jury selection and trial

___ Pre-motion conference     ___ Bench trial

___ Settlement conference     ___ Suppression hearing

___ Oral argument           ___ Plea hearing

___ Bench ruling on motion    ___ Sentencing

on **2-10-**, 20**22**, at **10:00 AM** in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from **12/15/21**

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: **12/3**, 20**21**
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge