**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 Franklin Avenue, Suite 305**
**Garden City, New York 11530**
**(516) 742-5600 Fax (516) 742-5040**
**Email: JSWallensteinEsq@outlook.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/22

January 24, 2022

APPLICATION GRANTED
SO ORDERED:

_Vincent L. Briccetti_

Vincent L. Briccetti, U.S.D.J.

Dated: 1/24/22
White Plains, NY

The conference scheduled for 2/10/22 is adjourned to 2/17/22 at 3:00 p.m. Speedy Trial time excluded until 2/17/22 for reasons set forth herein.

**BY ECF**
Hon. Vincent L. Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Woods and Carter
      Docket # 21 CR 372 (VB)

Dear Judge Briccetti,

This matter is scheduled for a status conference on February 10. I have been directed to appear in the Northern District for a suppression hearing on that date, and therefore respectfully request that this conference be adjourned for one week, to February 17, 2022, a date convenient to the Court and all counsel. AUSA Jeffrey Coffman and Jason Ser, Esq., who represents Carter, have no objection to this application.

Counsel agree that the time between February 10 and February 17 should be excluded from the Speedy Trial Act computation.

Thank you for your courtesy and consideration.

Respectfully yours,

_John S. Wallenstein_

JOHN S. WALLENSTEIN

JSW/hs
cc:   AUSA Jeffrey Coffman (by ECF)
      Jason I. Ser, Esq.  (by ECF)