# LAW OFFICES
## JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600  Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com



February 14, 2022

**BY ECF ONLY**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 2/14/22
White Plains, NY

Conference adjourned to 3/17/22 at 3:00 p.m. Speedy Trial time excluded until 3/17/22 for the reasons set forth herein.

Re: United States v. Tishawn Woods & Nassir Carter
Docket # S1 21 CR 372 (VB)

Dear Judge Briccetti,

I write to respectfully request that the status conference scheduled for this Thursday, February 17, be adjourned for thirty days, to enable the parties to continue plea negotiations and to continue discovery review. Both defendants have had some difficulty with review of portions of the discovery, as have both counsel. Mr. Ser and I are in touch with the government to resolve these issues. Additionally, we believe that this adjournment will allow us to move forward, and hopefully resolve this matter without trial.

Ms. Hilbert has indicated that the Court is available on March 17 at 3:00 P.M. All counsel have conferred and are available, and consent to the adjournment. We agree that the time until March 17 should be excluded from the operation of the Speedy Trial Act.

Thank you for your courtesy and consideration.

Respectfully yours,

John S. Wallenstein
JOHN S. WALLENSTEIN

JSW/hs
cc: AUSA Jeffrey Coffman (by ECF)

Jason Ser, Esq. (by ECF)