UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

_US_,

                                        Plaintiff(s),

v.

_Tishawn Woods_

                                        Defendant(s).

------------------------------------------------------------x

**CALENDAR NOTICE**

21  cr  372-1 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been scheduled/
~~re-scheduled~~ for:

___ Status conference                    ___ Final pretrial conference

___ Telephone conference                 ___ Jury selection and trial

___ Pre-motion conference                ___ Bench trial

___ Settlement conference                ___ Suppression hearing

___ Oral argument                        ✓ Plea hearing

___ Bench ruling on motion               ___ Sentencing

on ___4-4-___, 20 _22_, at _12:00 PM_, in Courtroom 620, United States
Courthouse, 300 Quarropas Street, White Plains, NY 10601.  ~~Adjourned from~~ _____.

**All requests for adjournments or extensions of time must be in writing and
filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's
Individual Practices.  Absent special circumstances, such requests shall be made at
least two business days prior to the scheduled appearance.

Dated: ___3-24-___, 20 _22_
          White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge