UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

__USA__,
　　　　　Plaintiff(s),

v.

__T. Woods__,
　　　　　Defendant(s).

------------------------------------------------------------x

SDNY DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/22

**CALENDAR NOTICE**

21 CR 372-1 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference　　　　___ Final pretrial conference

___ Telephone conference　　 ___ Jury selection and trial

___ Pre-motion conference　　 ___ Bench trial

___ Settlement conference　　 ___ Suppression hearing

___ Oral argument　　　　　　___ Plea hearing

___ Bench ruling on motion　　 ✓ Sentencing

on __8-31__, 20__22__ at __9:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __7-13-22__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __6-28-__, 20__22__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Defense sentencing submission due 8/17/22.
Government's submission due 8/24/22.