# LAW OFFICES
# JOHN S. WALLENSTEIN
## 1100 Franklin Avenue, Suite 305
## Garden City, New York 11530
## (516) 742-5600  Fax (516) 742-5040
## Email: JSWallensteinEsq@outlook.com

August 11, 2022

**BY ECF ONLY**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Tishawn Woods
           Docket # S1 21 CR 372 (VB)

Dear Judge Briccetti,

    I write to respectfully request that the sentencing scheduled for August 29, 2022 be adjourned until October 19, 2022 at 10:00 a.m., to enable the completion of sentencing submissions. My office has had some difficulty obtaining records which are necessary for review prior to preparation of the submission, thus the need for more time.

    Ms. Hilbert has indicated that the Court is available on that date and time. AUSA Jeffrey Coffman advises that the Government consents to this application.

    Thank you for your courtesy and consideration.

                          Respectfully yours,

                          *John S. Wallenstein*
                          JOHN S. WALLENSTEIN

JSW/hs
cc:    AUSA Jeffrey Coffman (by ECF)

---

**APPLICATION GRANTED**
**SO ORDERED:**

*Vincent L. Briccetti*
Vincent L. Briccetti, U.S.D.J.
Dated: 8/11/22
White Plains, NY

Sentencing adjourned to 10/19/22 at 10:00 a.m. Defendant's submission due 10/5/22, Government's submission due 10/12/22.