Case 7:21-cr-00372-VB   Document 51   Filed 10/11/22   Page 1 of 1

**LAW OFFICES
JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600 Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/12/22

October 11, 2022

**BY ECF ONLY**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

> Re:   United States v. Tishawn Woods
>       Docket # S1 21 CR 372 (VB)

Dear Judge Briccetti,

I write to respectfully request that the sentencing scheduled for October 19, 2022 be adjourned until November 9, 2022 at 11:00 a.m., to enable the completion of sentencing submissions. We have recently been in touch with family members of the defendant who are providing significant information related to his background, thus the need for more time.

Ms. Hilbert has indicated that the Court is available on that date and time. AUSA Jeffrey Coffman advises that the Government consents to this application.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*

JOHN S. WALLENSTEIN

JSW/hs
cc:   AUSA Jeffrey Coffman (by ECF)

---

APPLICATION GRANTED
SO ORDERED:

*Vincent L. Briccetti*
Vincent L. Briccetti, U.S.D.J.
Dated: 10/12/22
White Plains, NY

Sentencing adjourned to 11/9/22 at 3:00 pm. Defendant's sentencing

★ Submissions due 10/26/22, Government submission due 11/2/22.