```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                      :
                                              :     CONSENT PRELIMINARY ORDER
        - v. -                                :     OF FORFEITURE/
                                              :     MONEY JUDGMENT
TISHAWN WOODS,                                :
                                              :     21 Cr. 372 (VB)
                Defendant.                    :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about November 10, 2021, TISHAWN WOODS (the "Defendant"), and another, were charged in a Superseding Indictment, 21 Cr. 372 (VB) (the "Indictment"), with, *inter alia,* Hobbs Act Robbery conspiracy, in violation of Title 18, United States Code, Section 1951 (Count One); and firearm offenses, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), (iii) and 2 (Counts Seven and Eleven);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about April 4, 2022, the Defendant pled guilty to Counts One, Seven and Eleven of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section

981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $2,790 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $2,790 [handwritten: $2455] in United States currency representing the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendant, Nasir H. Carter ("Co-Defendant") to the extent a forfeiture money judgment is entered against the Co-Defendant in this case, and any co-conspirators ("Co-Conspirators") for the conduct charged in Count One of the Information, to the extent forfeiture money judgments are ultimately entered against the Co-Conspirators; and [handwritten initials: NB]

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jeffrey C. Coffman of counsel, and the Defendant, and his counsel, John S. Wallenstein, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $2,790 [handwritten: $2,455] in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with the Co-Defendant to the extent a forfeiture money judgment is entered against the Co-Defendant and any other Co-Conspirators for the conduct charged in Count 

One of the Information, to the extent forfeiture money judgments are ultimately entered against the Co-Conspirators, shall be entered against the Defendant.

    2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, TISHAWN WOODS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

    3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

    4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

    5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

    6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     June 1, 2022
JEFFREY C. COFFMAN                        DATE
Assistant United States Attorney
300 Quarropas Street
White Plains, NY 10001
(914) 993-1940

TISHAWN WOODS

By: _____     12/21/22
TISHAWN WOODS                             DATE

By: _____     12/21/22
JOHN S. WALLENSTEIN, ESQ.                 DATE
Attorney for Defendant
1100 Franklin Avenue, Suite 305
Garden City, New York 11530

SO ORDERED:

_____          12/21/2022
HONORABLE VINCENT L. BRICETTI             DATE
UNITED STATES DISTRICT JUDGE