RECEIVED OCT 11 2024 U.S.D.C. W.P.

Mr. Tishawn Woods
Reg # 38989-509
FCI Ray Brook
PO Box 900
Ray Brook NY 12977

TO: United States district court
300 Quarropas Street
White Plains NY 10601

ATTENTION: Honorable Vincent Briccetti
Honorable court clerk

Date: Oct. 8th, 2024

UNITED STATES vs. Tishawn Woods, S1 21 cr. 372 (VB)

I'm asking if the court and my lawyer (John S. Wallenstein) to surrender my case file on CD's and thumbdrive with non-executable files on Acrobat reader. During the time I have to file my 2255 motion I need to go over my case file/discovery. Please and thank you!

I will write a letter to my lawyer (John S. Wallenstein). But me (Tishawn Woods) and him (John S. Wallenstein) never had a good relationship. From the history of my case I can see he does not have my best intrest and in the past he has given me many issues. If I can just get my casefile from the courts it would make it ~~~~~~~~ more easy for me. Please help me.

I Am now 24 years old and I do not trust or have faith in John S. Wallenstein! I never have.

With Respect to the court, Please help me!

Respectfully,

Tishawn Woods
Tishawn Woods

Tishawn Woods 38989-509
FCI Ray Brook
P.O Box 900
Ray Brook, NY 12977



ALBANY NY 120
9 OCT 2024 PM 4 L

RECEIVED
OCT 11 2024
U.S.D.C.
W.P.

38989-509
Court House
300 Quarropas ST
White Plains, NY 10601-4150
United States



10601-415099